# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>  Plaintiff<br><br>v.<br><br>DISTRICT COURTS,<br><br>  Defendant | Case No.: 2:22-cv-00264-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On April 20, 2022, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Ronald Allison did not pay the filing fee or complete an application to proceed *in forma pauperis*. ECF No. 4.  Allison did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 4) is accepted** and plaintiff Ronald Allison's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 18th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE